# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BETTY ANN DELKER,**

      **Plaintiff,**

**-vs-**                                         **Case No. 6:08-cv-1074-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Complaint for Denial of Social Security Benefits (Doc. No. 1) (Doc. No. 1) filed July 3, 2008.

On August 21, 2009, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the final decision of the Commissioner be reversed and the case remanded pursuant to sentence four of section 405(g). No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the Report and Recommendation.

4. The Clerk is directed to enter judgment in favor of the Plaintiff Betty Ann Delker and, thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE